UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA MORGAN | * |
| | *   CIVIL ACTION NO. |
| | * |
| VERSUS | *   SECTION: |
| | * |
| DOLLAR TREE STORES, INC. | *   MAGISTRATE: |
| | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**RE:** The Honorable Judges of the
United States District Court
for the Eastern District of Louisiana

**DOLLAR TREE STORES, INC.**, respectfully submits this Notice of Removal in the above-captioned matter for the following reasons:

**1.**

On February 17, 2022, **DOLLAR TREE STORES, INC. d/b/a DOLLAR TREE** was served through its agent for service of process, CT Corporation System, with the attached Petition for Damages in an action commenced in the Civil District Court for the Parish of Orleans, State of Orleans, entitled *Angela Morgan v. Dollar Tree Stores, Inc.* A copy of the Petition for Damages is attached hereto as Exhibit "A".

**2.**

Plaintiff, **ANGELA MORGAN**, alleges to be a person of the full age of majority, residing and domiciled in the Parish of Jefferson, State of Louisiana.

3.

Defendant, **DOLLAR TREE STORES, INC.**, is incorporated in Virginia and has its principal place of business in Chesapeake, Virginia.

4.

Plaintiff has alleged injuries and damages that, if true, which defendant specifically denies, place an amount controversy, which exceeds the sum of $75,000.00, exclusive of interest and costs. (Please see demand letter from Plaintiff's Counsel attached hereto as Exhibit "B".)

5.

The above captioned action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. Section 1332, in that complete diversity exists between the plaintiff and the defendant and the amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

WHEREFORE, Defendant, **DOLLAR TREE STORES, INC.**, respectfully request that the above action currently pending in the Civil District Court for the Parish of Orleans, State of Louisiana be removed therefrom to this Honorable Court.

Respectfully Submitted,

*[signature]*

JOHN J. RABALAIS (20334)
GABRIEL E.F. THOMPSON (28838)
BLAKE M. ALPHONSO (34888)
**RABALAIS UNLAND**
70779 SOUTH OCHSNER BOULEVARD
COVINGTON, LA   70433
TELEPHONE: (985) 893-9900
FACSIMILE: (985) 893-7620
ATTORNEY FOR THE DEFENDANT
**DOLLAR TREE STORES, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10th day of March 2022, served a copy of the foregoing pleading on all counsel of record for the parties by filing same with the Clerk of Court via the CM/ECF System.

*[signature]*

ATTORNEY AT LAW

## NOTICE OF REMOVAL

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

    Gabriel E. F. Thompson, of Covington, Parish of St. Tammany, State of Louisiana, being duly sworn under oath, deposes and states that he is counsel for Dollar Tree Stores, Inc. the Defendant in the aforesaid Petition for Damages filed by Plaintiff, Angela Morgan, and that he has authority to make this Affidavit and that he has read the foregoing Notice for Removal and knows the contents thereof and the matters and things therein mentioned are true.

                                                      GABRIEL E.F. THOMPSON (28838)

Sworn to and subscribed before me this __10__ day of __March__, 2022.

_____
NOTARY PUBLIC

Joshua B. Couvillion, Esq.
Notary Public
LA Bar Roll # 34876
Notary ID# 134355
State of Louisiana
My Commission Expires Upon Death



# Notice of Service of Process

null / ALL
Transmittal Number: 24492082
Date Processed: 02/17/2022

| | |
|---|---|
| **Primary Contact:** | Cynthia Bertucci<br>Dollar Tree Stores Inc<br>500 Volvo Pkwy<br>Chesapeake, VA 23320-1604 |
| **Electronic copy provided to:** | Heather Hunter<br>JJ Jacobson-Allen |
| **Entity:** | Dollar Tree Stores, Inc.<br>Entity ID Number 3697563 |
| **Entity Served:** | Dollar Tree Stores, Inc. |
| **Title of Action:** | Angela Morgan vs. Dollar Tree Stores, Inc. |
| **Matter Name/ID:** | Angela Morgan vs. Dollar Tree Stores, Inc. (12016306) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Orleans Parish District Court, LA |
| **Case/Reference No:** | 2022-00526 Division: G |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 02/17/2022 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Breaux Law Firm<br>504-914-7779 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com



EXHIBIT A

MORGAN, ANGELA

Versus

DOLLAR TREE STORES, INC. .

## CITATION

TO: DOLLAR TREE STORES, INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA January 24, 2022

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by *[signature]*
Tayler Williams, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON DOLLAR TREE STORES, INC. | ON DOLLAR TREE STORES, INC. |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS CORPORATION SERVICE COMPANY | THROUGH: ITS AGENT FOR SERVICE OF PROCESS CORPORATION SERVICE COMPANY |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said DOLLAR TREE STORES, INC. being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____/ ENTERED /_____ | _____ No. _____ |
| PAPER  RETURN | Deputy Sheriff of _____ |
| ___/___/___ | |
| SERIAL NO.  DEPUTY  PARISH | |

otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: DIVISION:

ANGELA MORGAN

VERSUS

DOLLAR TREE STORES, INC.

DATE FILED:_____

DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, ANGELA MORGAN, a major domiciled in the Parish of Jefferson, State of Louisiana, who respectfully represents the following:

**1.**

Made Defendants herein are:

A.) DOLLAR TREE STORES, INC., believed to be a self-insured foreign corporation with the power to sue and be sued.

**2.**

The above Defendant is indebted unto Petitioner, jointly and in solido, in an amount that is reasonable in the premise, with legal interest thereon from the date of judicial demand, until paid, and for all costs of these proceedings for the following reasons:

**3.**

On or about February 9, 2021, Petitioner, ANGELA MORGAN, was an invited guest of Defendant, DOLLAR TREE STORES, INC., located in New Orleans, Louisiana in the Parish of Orleans when suddenly and without warning she sipped on liquid, believed to be water, near the freezer and fell to the ground.

**4.**

At all times material hereto, the premises where Petitioner was injured was owned, operated and under the control of Defendant, DOLLAR TREE STORES, INC.

**5.**

The sole cause of the injuries suffered by Petitioner, ANGELA MORGAN, was the negligence of the Defendant, DOLLAR TREE STORES, INC., in the following particulars:

a)  Failing to properly inspect the premises to identify, remove or repair the dangerous condition;

b)  Failing to warn patrons of a dangerous condition;

c)  Failing to have in effect a proper and adequate safety program;

d)  Any and all other acts of negligence that may appear at the trial of this matter.

**7.**

Defendant, DOLLAR TREE STORES, INC., is therefore directly liable unto Petitioner for her injuries.

**8.**

As a result of this accident, Petitioner, ANGELA MORGAN, sustained severe and disabling injuries to her body and mind including, but not limited to, neck, back, right knee and right foot injuries. She has incurred medical expenses in the past and will continue to incur medical expenses in the future.

**9.**

Petitioner, ANGELA MORGAN, itemizes her damages as follows:

Past and future pain and suffering
Past and future mental anguish
Past and future medical expenses
Past and future loss of enjoyment of life

**10.**

Petitioner, ANGELA MORGAN, seeks damages that are reasonable in the premise.

WHEREFORE, Petitioner, ANGELA MORGAN, prays that the Defendant, DOLLAR TREE STORES, INC., be duly cited and served with a copy of this petition, be made to appear and answer same, that after due proceedings had, there be judgment herein in favor of Petitioner, ANGELA MORGAN, and against Defendant, DOLLAR TREE STORES, INC., jointly and in solido, in an amount sufficient to compensate Petitioner for her injuries, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

DARRYL M. BREAUX (1729)
darryl@breauxlaw.com
EVAN A. BREAUX (36130
evan@breauxlaw.com
BREAUX LAW FIRM
111 VETERANS BLVD., STE. 740
NEW ORLEANS, LA 70005
(504) 914-7779


***PLEASE SERVE:***

**DOLLAR TREE STORES, INC.**
*Through its Agent for Service of Process*
**CORPORATION SERVICE COMPANY**
**501 LOUISIANA AVENUE**
**BATON ROUGE, LA 70802**



**BREAUX LAW FIRM**

DARRYL M. BREAUX ESQ.
EVAN A. BREAUX ESQ.

CANDI S. BARRETT   PARALEGAL
MARY ANN GATES   LEGAL ASSISTANT
ERIN C. COOK   PARALEGAL
JASMINE G. MACIAS   LEGAL ASSISTANT

October 6, 2021

## DEMAND PACKAGE

*VIA EMAIL TRANSMISSION*
*quana.jones@sedgwick.com*

Ms. Quana Jones
Sedgwick
Post Office Box 14436
Lexington, Kentucky 40512

|  |  |
|---|---|
| **Client:** | **Angela Morgan** |
| **D/A:** | **02/09/21** |
| **Insured:** | **Dollar Tree Stores, Inc.** |
| **Claim #:** | **30217095776-0001** |

Dear Ms. Jones:

I have finally obtained the outstanding medical records for my client, **Angela Morgan**. In this regard, please find the following:

### ANGELA MORGAN:

1. Medical records from New Orleans Medical Clinic;
2. Itemized bill from New Orleans Medical Clinic will be forwarded upon receipt;
3. Medical records from Metairie Health Care Center;
4. Itemized bill from Metairie Health Care Center totaling $1,005.00;
5. Right knee MRI report from Diagnostic Imaging Services;
6. Itemized bill from Diagnostic Imaging Services totaling $1,725.00;
7. Medical records from Orthopedic Care Center;
8. Itemized bill from Orthopedic Care Center totaling $750.00;
9. Referral from Orthopedic Care Center for a lumbar spine MRI;
10. Surgery Estimate from Orthopedic Care Center for a right knee ATS with medial or lateral meniscectomy and PRP injection totaling $9,712.50;
11. Facility fee estimate from Jefferson Ambulatory Surgery Center totaling $22,400.00.

---

111 VETERANS BLVD
SUITE 740.
METAIRIE LA 70005.

DARRYL@BREAUXLAW.COM
EVAN@BREAUXLAW.COM


EXHIBIT B



**BREAUX LAW FIRM**

DARRYL M. BREAUX    ESQ.
EVAN A. BREAUX    ESQ.

CANDI S. BARRETT    PARALEGAL
MARY ANN GATES    LEGAL ASSISTANT
ERIN C. COOK    PARALEGAL
JASMINE G. MACIAS    LEGAL ASSISTANT

A review of the enclosed right knee MRI report indicates that, unfortunately, Ms. Morgan is suffering from medial and lateral meniscus tears and an ACL sprain with fluid collection in the joint.

As of this date, Ms. Morgan has accumulated medical bills in the amount of $3,480.00 not including her bill from her primary care physician, which will be submitted upon receipt, and has been recommended for surgery to alleviate her pain.

In the spirit of compromise, and before additional medical expenses are incurred, I have been authorized to settle her claim for the following:

| | |
|---|---|
| $150,000.00 | **Damages** |
| $ 3,480.00 | **Medical Specials** |
| $ 32,112.50 | **Future Medicals** |
| $ 50.00 | **Copying Charges** |
| $185,642.50 | **TOTAL** |

After you have a chance to review the documents, please contact me so that we may discuss settlement of this matter.

I look forward to hearing from you in the near future.

Cordially,

Evan A. Breaux

EAB/mag

Attachments

111 VETERANS BLVD
SUITE 740.
METAIRIE LA 70005.

DARRYL@BREAUXLAW.COM
EVAN@BREAUXLAW.COM

(504) 914 7779 office
(504) 350 8528 fax
BREAUXLAW.COM